# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL DAILEY,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as Trustee, on Behalf of The Holders of
**THE HARBOR VIEW MORTGAGE LOAN TRUST MORTGAGE LOAN
PASS-THROUGH CERTIFICATES, SERIES 2006-12,**
Appellee.

No. 4D20-351

[February 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge and Dennis D. Bailey, Judge; L.T. Case No. CACE 15-003736 (11).

Wayne Kramer of Midler & Kramer, PA., Fort Lauderdale, for appellant.

Benjamin B. Carter of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***